IN THE SUPREME COURT OF THE STATE OF NEVADA

KAREN H. ROSS,

Appellant,

vs.

DANIEL I. SHALEV,

Respondent.

No. 76833

**FILED**

FEB 05 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Ara H. Shirinian, Settlement Judge
Law Offices of F. Peter James, Esq.
Goldstein Law Ltd.
Pecos Law Group
Eighth District Court Clerk